526 A.2d 355

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Benjamin D. SHARE, Respondent.

No. 507 Disciplinary Docket No. 2.

Supreme Court of Pennsylvania.

May 29, 1987.

## ORDER

AND NOW, this 29th day of May, 1987, upon consideration of the Report and Recommendations of the Disciplinary Board dated March 12, 1987, it is hereby

ORDERED that Benjamin D. Share be and he is suspended from the Bar of this Commonwealth for a period of three years commencing January 9, 1986, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.